**FILED**

OCT 1 7 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TEIKO LEWIS, an individual dba PENINSULA CLEANERS,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD CASUALTY INSURANCE COMPANY, an Indiana Corporation,,<br><br>Defendant. | Case No.   C 05 2969<br><br>**STIPULATION TO CHANGE HEARING DATE FOR DEFENDANT'S MOTION TO DISMISS** |

WHEREAS, Hartford Casualty Insurance Company ("Defendant") filed its motion to dismiss the above-entitled complaint of Teiko Lewis, doing business as Peninsula Cleaners ("Plaintiff") on September 6, 2005;

WHEREAS, the hearing date was originally scheduled for October 24, 2005 at 2:00 p.m.;

WHEREAS, the Court has moved the hearing date, *sua sponte*, to October 31, 2005 at 2:00 p.m.;

ORDER TO EXTEND HEARING DATE ON MOT. TO DISMISS      1
la-822704

1   WHEREAS, the current hearing date of October 31, 2005 conflicts with the schedule of
2   Defendant's counsel. Counsel has a previously scheduled trip which will require her to be out of
3   the country on the hearing date;

4   WHEREAS, Plaintiff and Defendant have agreed, pursuant to Civil Local Rule 6-2, to
5   change the hearing date to November 21, 2005 at 2:00 p.m. – the same date on which the initial
6   case management conference is set;

7   WHEREAS, this Stipulation between the parties will not alter or otherwise change any
8   other event or deadline already fixed by Court order. Specifically, the Stipulation will not alter
9   the briefing schedule for the motion to dismiss, as ordered by the Court on October 5, 2005;

10  WHEREAS, the only other time modification to this case was an extension of time for
11  Defendant to answer or respond to Plaintiff's complaint;

12  IT IS HEREBY STIPULATED AND AGREED, that upon approval of the Court, the
13  hearing date for Defendant's motion to dismiss the above-entitled complaint shall be heard on
14  November 21, 2005 at 2:00 p.m.

16  Dated: October 11, 2005

17  MORRISON & FOERSTER LLP

19  /s/ Sonia S. Waisman
    Sonia S. Waisman

    Attorneys for HARTFORD CASUALTY
21  INSURANCE COMPANY

23  Dated: October 11, 2005
    ISOLA & ASSOCIATES LLP

25  /s/ David R. Isola
    David R. Isola

27  Attorneys for TEIKO LEWIS, an individual dba
    PENINSULA CLEANERS

ORDER TO EXTEND HEARING DATE ON MOT. TO DISMISS    2
la-822704

## GENERAL ORDER 45 ATTESTATION

I, James Oliva, am the ECF User whose ID and password are being used to file the parties' Stipulation To Change Hearing Date For Defendant's Motion To Dismiss. In compliance with General Order 45, X.B., I hereby attest that Sonia S. Waisman and David R. Isola have concurred in this filing.

/s/ James Oliva
James Oliva

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: 10/14, 2005

_____
Hon. Marilyn Hall Patel
United States District Judge

ORDER TO EXTEND HEARING DATE ON MOT. TO DISMISS     3
la-822704