FILED

NOV - 1 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TEIKO LEWIS, an individual dba PENINSULA CLEANERS,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD CASUALTY INSURANCE COMPANY, an Indiana Corporation,,<br><br>Defendant. | Case No.   C 05 2969<br><br>**STIPULATION TO CHANGE DATE FOR CASE MANAGEMENT CONFERENCE AND ALL ASSOCIATED FILINGS** |

WHEREAS, Hartford Casualty Insurance Company ("Defendant") filed its motion to dismiss the above-entitled complaint of Teiko Lewis, doing business as Peninsula Cleaners ("Plaintiff") on September 6, 2005;

WHEREAS, the hearing date was originally scheduled for October 24, 2005 at 2:00 p.m.;

WHEREAS, the Court moved the hearing date, *sua sponte*, to October 31, 2005 at 2:00 p.m.;

WHEREAS, pursuant to stipulation between the parties and this Court's October 14, 2005 Order, the current hearing date for Defendant's Motion to Dismiss is November 21, 2005;

---

STIPULATION TO MOVE CASE MANAGEMENT CONFERENCE   1
la-825769

1  WHEREAS, the current date for the hearing on Defendant's Motion to Dismiss is
2  scheduled on the same day as the Case Management Conference in this case;
3  WHEREAS, in an effort to conserve the resources of the parties and the Court, Plaintiff
4  and Defendant have agreed, pursuant to Civil Local Rule 6-2, to move the date for the Case
5  Management Conference to thirty (30) days after the Court rules on the Motion to Dismiss, or the
6  first available Monday thereafter;
7  WHEREAS, in an effort to conserve the resources of the parties and the Court, Plaintiff
8  and Defendant have agreed, pursuant to Civil Local Rule 6-2, that all filings and disclosures
9  associated with the Case Management Conference under Federal Rule 26 be changed in
10 accordance with the new date for the Case Management Conference set by this Court;
11 WHEREAS, this Stipulation between the parties will not alter or otherwise change any
12 other event or deadline already fixed by Court order. Specifically, the Stipulation will not alter
13 the November 21, 2005 hearing date for the Motion to Dismiss, as ordered by the Court on
14 October 14, 2005;
15 WHEREAS, the only other time modifications to this case were an extension of time for
16 Defendant to answer or respond to Plaintiff's complaint, and an extension of the hearing date on
17 the Motion to Dismiss due to schedule conflicts;
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION TO MOVE CASE MANAGEMENT CONFERENCE   2
la-825769

1  IT IS HEREBY STIPULATED AND AGREED, that upon approval of the Court, the
2  current Case Management Conference set for November 21, 2005 in the above-entitled case is
3  VACATED.
4  IT IS HEREBY FURTHER STIPULATED AND AGREED, that upon approval of the
5  Court, and if necessary, the Court will reschedule the Case Management Conference to thirty (30)
6  days after it rules on the Defendant's Motion to Dismiss, or the first available Monday thereafter.

7
8  Dated: October 27, 2005
9                                          MORRISON & FOERSTER LLP
10
11                                          /s/ Sonia S. Waisman
                                            Sonia S. Waisman
12
                                            Attorneys for HARTFORD CASUALTY
13                                          INSURANCE COMPANY
14
15  Dated: October 27, 2005
                                            ISOLA & ASSOCIATES LLP
16
17                                          /s/ David R. Isola
                                            David R. Isola
18
19                                          Attorneys for TEIKO LEWIS, an individual dba
                                            PENINSULA CLEANERS
20

21              **GENERAL ORDER 45 ATTESTATION**
22  I, James Oliva, am the ECF User whose ID and password are being used to file the
23  parties' Stipulation To Change Date For Case Management Conference and All Associated
24  Filings. In compliance with General Order 45, X.B., I hereby attest that Sonia S. Waisman and
25  David R. Isola have concurred in this filing.
26
27                                          /s/ James Oliva
                                            James Oliva
28

STIPULATION TO MOVE CASE MANAGEMENT CONFERENCE     3
la-825769

PURSUANT TO STIPULATION, IT IS SO ORDERED

pages 1-3

Dated: 10/31/ , 2005

_____
Hon. Marilyn Hall Patel
United States District Judge